IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CORNELL D. REYNOLDS,

    Plaintiff,

  v.

                                    Case No. 19-cv-59-wmc

PATRICIA FLOOD, DEB SMITH,
JOHN AND JANE DOES 1-9, and
MILWAUKEE COUNTY,

    Defendants.

JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case.

| /s/ | November 10, 2021 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |