IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

CORNELL D. REYNOLDS,

        Plaintiff,                    19-cv-59-wmc

v.                                          Judge Conley

PATRICIA FLOOD, DEB SMITH,
JOHN AND JANE DOES 1-9, and
MILWAUKEE COUNTY,

        Defendants.

---

### NOTICE OF APPEAL

Notice is hereby given that Plaintiff Cornell D. Reynolds, pro se, appeals pursuant to 28 U.S.C. §1292(a)(1) to the United States Court of Appeals for the Seventh Circuit from the following order:

- The District Court's November 10, 2021, November 30, 2021, and January 3, 2022 Orders entering final judgement in favor of Defendants and against Plaintiff.

Dated this 18 day of January 2022.

                                                  Respectfully submitted,

                                                  Cornell D. Reynolds

Fox Lake Corr. Inst.
P.O. Box 200
Fox Lake, WI 53933-0200